```
                          United States Bankruptcy Court
                          Western District of Washington
In re:                                                              Case No. 13-15193-TWD
Mark S Colon                                                        Chapter 7
Veronica I Colon
        Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0981-2          User: jimk               Page 1 of 2              Date Rcvd: Feb 28, 2014
                              Form ID: clno            Total Noticed: 21


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 02, 2014.
db/jdb      +Mark S Colon,   Veronica I Colon,    12008 NE 132nd Court,    Kirkland, WA 98034-2173
sr           Murphy, Joseph D. & Mickey L., Trustees; Cejka, Ro,   c/o Anderson Hunter Law Firm PS,
             Attn:  Patrick F Hussey,    PO Box 5397,   Everett, WA 98206-5397
954575579   +Ahlers and Cressman,    999 Third Ave #3100,    Seattle, WA 98104-4049
954575580    Ann Loft,   2500 Farmers Drive,    6th Floor,    Columbus, OH 43235-5706
954575581   +Bank of America,    PO Box 851001,   Dallas, TX 75285-1001
954575582    Brian Lurie,   The Yupplie Pawn Shop,    Kirkland, WA 98034
954575583  ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
            (address filed with court: Capital One,    PO Box 85520,    Richmond, VA 23285)
954751194    Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC  28272-1083
954575586   +Erlenson Engineering,    210 N Bridge Street,    PO Box 739,    Brewster, WA 98812-0739
954575587   +Groen Stephens nd Klinge LLP,    11100 NE 8th St Suite 750,    Bellevue, WA 98004-4469
954575588   +HSBC,   PO Bo 49352,   San Jose, CA 95161-9352
954575589   +John McCloud,   % David Ruumna,    1511 Third Avenue Suite 1001,    Seattle, WA 98101-3637
954575590   +Jomax,   14100 N 83rd #23S,    Peoria, AZ 85381-5662
954575591   +Livengood Fitzgerald and Alsku,    121 Third Ave,    Kirkland, WA 98033-6160
954575594   +Michael Lifton,   The Law office of Mark D,    Kimball,   10900 NE 4th Street #2030,
             Bellevue, WA 98004-5873
954575595   +Pacific Builders Development,    12008 NE 132nd Court,    Kirkland, WA 98034-2173
954575597   +Robert Tenczar,   C/O Stephen Anderson,    146 N Canal St #350,    Seattle, WA 98103-8651
954575598   +Ryan Dye and Heather,    C/O Law Office of Burpee LLC,    515 Twenty Ave NW,    PO Box 17577,
             Seattle, WA 98127-1269
954575599 ++++SEATTLE ASBESTOS,    19701 SCRIBER LAKE RD STE 104,    LYNNWOOD WA  98036-6176
            (address filed with court: Seattle Asbestos,    19711 Seriby Lake Road #D,    Lynnwood, WA 98036)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
954575584    +E-mail/PDF: gecsedi@recoverycorp.com Mar 01 2014 01:22:29      Care Credit,
             GE Capital Retail Bank,    PO Box 960061,   Orlando, FL 32896-0061
954575585    +E-mail/Text: creditonebknotifications@resurgent.com Mar 01 2014 01:10:28      Credit One,
             PO Box 60500,   City of Industry, CA 91716-0500
                                                                                            TOTAL: 2

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
954575592    Luxor Homes,   Closed
954575593    Mae Wong
954575596*  +Pacific Builders Development,    12008 NE 132nd Court,    Kirkland, WA 98034-2173
                                                                                            TOTALS: 2, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 02, 2014                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 28, 2014 at the address(es) listed below:
          A Stephen Anderson    on behalf of Plaintiff Robert  Tenczar astephenanderson@gmail.com,
           andersonlegalassistant@comcast.net
          A Stephen Anderson    on behalf of Plaintiff Jennifer  Tenczar astephenanderson@gmail.com,
           andersonlegalassistant@comcast.net
          Kevin T. Helenius    on behalf of Joint Debtor Veronica I Colon efiling@kth-law.com,
           kevin.helenius@frontier.com
          Kevin T. Helenius    on behalf of Debtor Mark S Colon efiling@kth-law.com,
           kevin.helenius@frontier.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

          Leslie Clay Terry, III    on behalf of Defendant Mark S Colon info@clayterrylaw.com
          Mark D Kimball    on behalf of Plaintiff Michael  Lifton mark@mdklaw.com
          Mark D Kimball    on behalf of Plaintiff Mei-Yuh  Hwang mark@mdklaw.com
          Nancy L James    njames@epitrustee.com, njames@ecf.epiqsystems.com
          Patrick C Burpee    on behalf of Plaintiff Heather  Dye Burpeelaw@gmail.com, patburpee@yahoo.com
          Patrick C Burpee    on behalf of Plaintiff    North Pacific Organ and Sound LLC Burpeelaw@gmail.com, patburpee@yahoo.com
          Patrick C Burpee    on behalf of Plaintiff Ryan  Dye Burpeelaw@gmail.com, patburpee@yahoo.com
          Patrick F Hussey    on behalf of Special Request    Murphy, Joseph D. & Mickey L., Trustees; Cejka, Robert G. & Pauline A., Trustees phussey@andersonhunterlaw.com, bpagnac@andersonhunterlaw.com
          United States Trustee    USTPRegion18.SE.ECF@usdoj.gov

                                                                                                      TOTAL: 13

Form clno (02/2011)

**UNITED STATES BANKRUPTCY COURT**

Western District of Washington
700 Stewart St, Room 6301
Seattle, WA 98101

In Re:

    Mark S Colon and Veronica I Colon

    Debtor(s).

Case Number: 13−15193−TWD
Chapter: 7

## CASE CLOSED WITHOUT DISCHARGE

All creditors and parties in interest are notified that the above−captioned case has been closed without entry of discharge for **Mark S Colon, Veronica I Colon** for the reason(s) indicated below:

- [x] The Debtor(s) did not file a Debtor's Certification of Completion of Postpetition Instructional Course Concerning Personal Financial Management.

- [ ] Debtor(s) has not certified that all domestic support obligations due have been paid.

- [ ] Debtor(s) is ineligible for a discharge.

**If the debtor files a Motion to Reopen the Case to file the missing certificate(s), a reopening fee is due.**

Dated: February 28, 2014

                                              Mark L. Hatcher
                                              Clerk of the Bankruptcy Court